UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** EDCV-15-2378-MWF (DTBx)  **Date:** **March 31, 2016**
**Title:**    State Farm Mutual Automobile Insurance Company -*v*- Department of Justice Prisons et al.

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION [10]

On March 14, 2016, the Court issued an Order to Show Cause ("OSC") for lack of prosecution. (Docket No. 10). The OSC required Plaintiff to file a proof of service of the summons and complaint to discharge the OSC by March 28, 2016. (*Id.*). Although Plaintiff had previously filed a proof of service for Defendant Jose Miguel Veste Jr. (Docket No. 9), Plaintiff has failed to file a proof of service for the remaining Defendant Department of Justice.

The Court therefore **ORDERS** Plaintiff to show cause, in writing, by **April 11, 2016**, why this action should not be dismissed. This Order will be discharged if Plaintiff files a proof of service for Defendant Department of Justice by **April 11, 2016**. Plaintiff's failure to meet this deadline will result in dismissal of the case with prejudice as to Defendant Department of Justice.

IT IS SO ORDERED.